## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Vincent Conarroe, depose and make this affidavit in support of a complaint for violation of Title 8, United States Code, Section 1325 by Ruibo PAN. I am a Border Patrol Agent with the United States Border Patrol. I am stationed at the Fort Fairfield Border Patrol Station in Fort Fairfield, Maine. I have been an employee of the United States Border Patrol since October 2005. I successfully graduated from the Border Patrol Academy in March 2006. Prior to being stationed at Fort Fairfield Station, I was a Border Patrol Agent at the Douglas Station in Douglas, Arizona. I base this affidavit on my own investigation as well as discussions with other agents and/or reading of investigative reports and other materials.

1. On the evening of April 14, 2025, I was performing patrol duties in the Fort Fairfield area. I received information from Border Patrol Agent Adam Hess that he had detained two individuals in the area and he had developed information indicating that another person might be trying to enter the country unlawfully from Canada in the vicinity of Limestone Road in Fort Fairfield. Based on my work in Fort Fairfield, I know this location is very close to the Canadian border and has been used by people in the past attempting to enter the country illegally. Accordingly, I proceeded to the location.

2. At approximately 11:00 p.m. while driving east on Limestone Road near the intersection with Lundy Road, I observed a piece of luggage near the side of the road. I had driven through this area approximately 30 minutes earlier and had not seen the luggage. I stopped my vehicle and inspected the luggage, which was a gray suitcase with an airline tag on it for Cathay Pacific Airlines. The tag had the name "Pan" on it.

3. At approximately 11:00 p.m., while driving east on Lundy Road near the intersection with Russell Road, I observed a piece of luggage near the side of the road. I

1

followed the footprints eastbound on the side of Lundy Road back to the international border (the "slash") and located footprints where the subject had crossed into the United States from Canada. The location where the subject had illegally entered the United States from Canada was where Lundy Road intersects with Russell Road at the slash. Based on the footwear impressions I observed, it appeared the person was wearing Converse style shoes. I advised the Houlton Sector Communications Center (BSCC) to contact the Royal Canadian Mounted Police (RCMP) and inform them of the entry and advise them the subject was possibly still in the area. I continued to search the area for the subject.

4. On April 15, 2025, at approximately 1:40 a.m., I was giving another agent who had assisted in my search a ride back to his service vehicle that was parked on Limestone Road. As I approached his vehicle, I observed a person standing in a field approximately 50 yards from Limestone Road. I parked my service vehicle, approached the subject and identified myself as a Border Patrol Agent. The subject later identified as Ruibo PAN had sticks and burdocks stuck to his jacket and clothes. His shoes were also muddy and wet. It appeared to me that he had walked through the woods, thick brush, and mud bogs in the area. I asked the subject what his name was, and he stated Ruibo PAN. I asked PAN if he spoke English, and PAN said he spoke a little. I observed that PAN was wearing Converse shoes with a tread pattern that appeared to match the footprints from near the luggage I had located earlier and I recalled that the luggage had an airline ticket on it bearing the name "Pan." Based on this information, I detained PAN for further investigation into his immigration status, as he appeared to be the subject who illegally crossed into the United States from Canada near Lundy Road.

2

5. During my field inspection with PAN, I discovered he was in possession of his Chinese Passport and that he did not have any documentation allowing him to be in or remain the united States legally. PAN admitted to me that he had illegally entered the United States. PAN was then transported to the station for further processing.

6. Processing revealed no record that PAN had been inspected or admitted by an immigration officer at a designated Port of Entry in Aroostook County. In sum, PAN is a Chinese national apprehended in the United States not far from the Canadian border and he lacked proper documentation to enter, pass through, or remain in the United States.

7. PAN was offered an opportunity to speak to the Chinese Consulate but declined the offer.

Based on my training and experience, and supported by the foregoing facts, I have probable cause to believe that Ruibo PAN has violated Title 8, United States Code, Section 1325.

I, Vincent Conarroe, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

Dated at Bangor, Maine, this 16th day of April 2025.

_____
Vincent Conarroe,
Border Patrol Agent
United States Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Apr 16 2025

City and state: Bangor, ME

_____
Judge's signature
John C Nivison U.S. Magistrate Judge
Printed name and title